ACCEPTED
04-15-00514-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 4:09:14 PM
KEITH HOTTLE
CLERK

NO. 04-15-00514-CV

---

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

---

SELECT BUILDING SYSTEMS, INC. AND TRI-BAR RANCH COMPANY, LTD.

V.

ROBERTSON ELECTRIC, INC.

_____

**NOTICE OF ENTRY OF APPEARANCE AND
DESIGNATION OF LEAD APPELLATE COUNSEL**
_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

Samuel V. Houston, III, files this Notice of Entry of Appearance and Designation of Lead Counsel in this appeal on behalf of Appellant Tri-Bar Ranch Company, Ltd. John W. Slates and Colbie Brazell will continue as co-counsel in this appeal.

For purposes of this appeal, Mr. Houston is designated lead attorney for Appellant Tri-Bar Ranch Company, Ltd. and requests that all mail and inquiries be directed to him at the address and number below.

Respectfully submitted,


/s/ *Samuel V. Houston, III*
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Phone: (210) 775-0882
Fax: (210) 826-0075
sam@hdappeals.com

JOHN W. SLATES
State Bar No. 07246700
COLBIE BRAZELL
State Bar No. 24066095
SLATES HARWELL, LLP
1700 Pacific Avenue, Suite 3800
Dallas, Texas 75201
Phone: (469) 317-1000
Fax: (469) 317-1100
jslates@slatesharwell.com
cbrazell@slatesharwell.com

ATTORNEYS FOR APPELLANT
TRI-BAR RANCH COMPANY, LTD.

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of foregoing motion was served on the 27th day of August 2015, by electronic mail and/or electronic service to:

Tom C. Clark
DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
tclark@texlex.com

Jimmie L. J. Brown, Jr.
LAW OFFICE OF JIMMIE L. J. BROWN, JR.
lawserv@sbcglobal.net

Jonathan Cluck
THE NUNLEY FIRM
jcluck@nunleyfirm.com

*/s/ Samuel V. Houston, III*
Samuel V. Houston, III